467 A.2d 50

In the Interest of April Slabinski, a minor.

Appeal of Sandra Slabinski, (at No. 3002).

Appeal of Mrs. Eleanor Slabinski, Grandmother (at No. 3130).

Argued May 12, 1983.
Jonathan Blum, Assistant Public Defender, for Sandra Slabinski, appellant (at No. 3002); Anthony J. Lumbis, for Eleanor Slabinski, appellant (at No. 3130); Ronald D. Oley, for appellee; Richard Balnave, for Schilling, participating party.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Order affirmed.